OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



PITNEY BOWES

02 1R     $ 00.26⁵
0002003152     JAN 06 2015
MAILED FROM ZIP CODE 78701

**12/31/2014**
**CASTILLO, AGUSTIN    Tr. Ct. No. 2013-DCR-02682-A            WR-82,641-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



AGUSTIN  CASTILLO
WILLACY UNIT - TDC # 1910128
1695 S. BUFFALO DR.
RAYMONDVILLE, TX  78580